UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELVIR DELIJANIN, *individually and on behalf of others similarly situated*,

                              Plaintiff,

-against-

WOLFGANG'S STEAKHOUSE INC, *et al.*,

                              Defendants.

---

18-CV-7854 (RA) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representations regarding ongoing settlement discussions, Plaintiffs' motion for class certification and renewed motion for conditional collective certification (Doc. No. 110) is terminated without prejudice to renew. The parties' request to adjourn the status conference currently scheduled for January 7, 2020 is GRANTED. In addition to a **January 3, 2020** status letter, the parties will additionally file a status letter with the Court by no later than **February 28, 2020**.

    SO ORDERED.

Dated: New York, New York
       December 27, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge