```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELVIR DELIJANIN, *individually and on behalf of:*
*others similarly situated*,

                                      Plaintiff,            18-CV-7854 (LJL) (KHP)

                  -against-                                 **ORDER ADJOURNING ORAL
                                                            ARGUMENT**

WOLFGANG'S STEAKHOUSE INC, *et al.,*

                                      Defendants.

-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the parties' representation that they have settled this matter, the Oral Argument scheduled for **March 23, 2020** is hereby adjourned *sine die*.

     SO ORDERED.

DATED:    New York, New York
              March 9, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge