UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELVIR DELIJANIN, *individually and on behalf of:*
*others similarly situated*,

                        Plaintiff,                      18-CV-7854 (LJL) (KHP)

    -against-                                **ORDER**

WOLFGANG'S STEAKHOUSE INC, *et al.*,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties represented to the Court that they had settled this matter but have not yet submitted their settlement agreement to the Court for approval. The parties are directed to file their proposed settlement for *Cheeks* approval by no later than **May 29, 2020**. To the extent the parties have been unable to settle this matter, they should file a status letter advising the Court by no later than **May 29, 2020**.

      SO ORDERED.

DATED:      New York, New York
                 May 11, 2020

                                              *Katharine H. Parker*
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2020