# LEE LITIGATION GROUP, PLLC

148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2020

WRITER'S DIRECT: 212-661-1008
anne@leelitigation.com

July 1, 2020

**Via ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

> **APPLICATION GRANTED:** The final approval Conference in this matter that is scheduled for Thursday, October 8, 2020 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, December 8, 2020 at 10:00 a.m.
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 07/02/2020

Re: *Delijanin v. Wolfgang's Steakhouse, Inc., et al.*
<u>Docket No. 18-cv-07854</u>

Dear Judge Parker:

     We are counsel to Plaintiff in the above-captioned action and write to respectfully request an adjournment of the final approval hearing that was just scheduled for October 8, 2020 to a date after November 30, 2020.

     While we appreciate the Court's expediency in granting the preliminary approval motion, we believe holding the final approval hearing after the deadline for Defendants to fully fund the settlement (November 30, 2020), would be in the best interests of the Plaintiff and the Class. This way, if there is an issue with the funding, we can bring the issue before the Court prior to final approval being granted, rather than having to return to the Court to seek enforcement of the settlement agreement in a post-approval proceeding.

     We requested Defendants consent on June 25, 2020 and followed up three times thereafter, however, as of this date, they have failed to provide a response regarding consent.

     We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.