IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIR DELIJANIN, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br>v.<br><br>WOLFGANG'S STEAKHOUSE INC., WOLF EASTSIDE LLC<br>  d/b/a WOLFGANG'S STEAKHOUSE, ZMF RESTAURANTS LLC<br>  d/b/a WOLFGANG'S STEAKHOUSE AT PARK AVENUE,<br>WOLF GOTHAM LLC<br>  d/b/a WOLFGANG'S STEAKHOUSE -- GOTHAM HOTEL,<br>WOLF ON BROADWAY LLC<br>  d/b/a WOLFGANG'S STEAKHOUSE, WOLF AT TRIBECA INC.<br>  d/b/a WOLFGANG'S STEAKHOUSE TRIBECA,<br>PETER ZWEINER.<br>WOLFGANG ZWEINER,<br>ZIZO DOE (last name unknown), ARAMO DOE (last name unknown), and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 18-CV-7854<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: November 13, 2020　　　　　　　Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:　*/s/ C.K. Lee*
　　　C.K. Lee, Esq.
　　　Anne Seelig, Esq.
　　　148 West 24th Street, Eighth Floor
　　　New York, NY 10011
　　　Tel.: 212-465-1188
　　　*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*